WILSON TURNER KOSMO LLP
MARISSA L. LYFTOGT (259559)
LETICIA C. BUTLER (253345)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail:  mlyftogt@wilsonturnerkosmo.com
E-mail:  lbutler@wilsonturnerkosmo.com

Attorneys for Defendant
ACCENTURE LLP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ARMAN, individually, | Case No. 3:23-cv-06196-DMR |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ACCENTURE LLP, a California corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | Complaint Filed:  May 4, 2023 |

I, the undersigned, declare as follows:

I am employed with the law firm of Wilson Turner Kosmo LLP, whose address is 402 West Broadway, Suite 1600, San Diego, California 92101.  I am over the age of eighteen and I am not a party to this action.

On November 30, 2023, I served the following document(s):

- DENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(a); 28 U.S.C. §1332 (DIVERSITY JURISDICTION)

- DECLARATION OF LETICIA C. BUTLER IN SUPPORT OF DEFENDANT'S REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(a); 28 U.S.C. §1332 (DIVERSITY JURISDICTION)

- EXHIBIT A TO DECLARATION OF LETICIA C. BUTLER IN SUPPORT OF DEFENDANT'S REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(a); 28 U.S.C. §1332 (DIVERSITY JURISDICTION)

- EXHIBIT B TO DECLARATION OF LETICIA C. BUTLER IN SUPPORT OF DEFENDANT'S REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(a); 28 U.S.C. §1332 (DIVERSITY JURISDICTION)

- EXHIBIT C TO DECLARATION OF LETICIA C. BUTLER IN SUPPORT OF DEFENDANT'S REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(a); 28 U.S.C. §1332 (DIVERSITY JURISDICTION)

- EXHIBIT D TO DECLARATION OF LETICIA C. BUTLER IN SUPPORT OF DEFENDANT'S REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(a); 28 U.S.C. §1332 (DIVERSITY JURISDICTION)

- EXHIBIT E TO DECLARATION OF LETICIA C. BUTLER IN SUPPORT OF DEFENDANT'S REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(a); 28 U.S.C. §1332 (DIVERSITY JURISDICTION)

- DECLARATION OF ROBERT F. GOLDMAN IN SUPPORT OF DEFENDANT'S REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §1441(a); 28 U.S.C. §1332 (DIVERSITY JURISDICTION)

- CIVIL CASE COVER SHEET

- CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FILED BY DEFENDANT ACCENTURE LLP [LOCAL RULE 3-15]

- STANDING ORDER FOR MAGISTRATE JUDGE DONNA M. RYU

- NOTICE OF TELEPHONIC APPEARANCE PROCEDURES FOR MAGISTRATE JUDGE DONNA M. RYU

The document(s) were served on the following and in the following manner:

David S. Ratner, Esq.
Shelley A, Molineaux, Esq.
Ratner Molineaux, LLP
1990 N. California Blvd., Suite 20
Walnut Creek, CA  94596
Tel: (925) 239-0899
E: david@ratnermolineaux.com
E: shelley@ratnermolineaux.com
E: lauren@ratnermolineaux.com
E: andrea@ratnermolineaux.com
E: litigationsupport@ratnermolineaux.com

**Counsel for Plaintiff Mohammed Arman**

I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed on November 30, 2023, at San Diego, California.

/s/ *Joy M. Peeraer*
Joy M. Peeraer